1 | DENNIS J. HERRERA, State Bar #139669
2 | City Attorney
ELIZABETH SALVESON, State Bar #83788
3 | Chief Labor Attorney
AMY SUPER, State Bar #274617
4 | Deputy City Attorneys
Fox Plaza
5 | 1390 Market Street, Floor #5
San Francisco, California 94102-5408
6 | Telephone:    (415) 554-3931
Facsimile:     (415) 554-4248

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MAMIE BROWN, | Case No. C13-4213 JSW |
|---|---|
| Plaintiff, | *E-filing case* |
| vs. | **STIPULATION RE BRIEFING SCHEDULE AND CONSENT TO MAGISTRATE JUDGE** AND ORDER THEREON AS MODIFIED |
| CITY AND COUNTY OF SAN FRANCISCO, DEPARTMENT OF PUBLIC HEALTH; SAN FRANCISCO GENERAL HOSPITAL, and does 1-25, inclusive, | Judge:   Honorable Jeffrey S. White<br>Place:   450 Golden Gate, SF |
| Defendants. | Date Action Filed:  September 21, 2012<br>Trial Date:   not set |

IT IS STIPULATED BY THE PARTIES AS FOLLOWS:

## I. REVISED BRIEFING SCHEDULE

Per order of the court of January 10, 2014, (Docket No. 14), the parties hereby agree to the following revised briefing schedule:

| Event | Date |
|---|---|
| Expert Disclosures: | April 10, 2015 |
| Rebuttal Expert Disclosures: | May 15, 2015 |
| Expert Discovery Cutff: | July 15, 2015 |
| Pretrial Conference: | September 14, 2015 |
| Trial: | October 26, 2015 |

## II. CONSENT TO MAGISTRATE JUDGE

The parties agree to consent to the jurisdiction of Magistrate Judge Joseph Spero.

Dated: January 16, 2014

By: _____
AMY D. SUPER
Attorney for Defendant
CITY AND COUNTY OF SAN FRANCISCO

By: _____
CURTIS G. OLER
Attorney for Plaintiff
MAMIE BROWN

PURSUANT TO STIPULATION, IT IS SO ORDERED: that this matter shall be referred to Magistrate Judge Spero for all purposes. The parties shall re-file their stipulation with the proposed scheduling, once the matter has been formally reassigned.

Dated: January 17, 2014

_____
THE HONORABLE JUDGE JEFFREY S. WHITE

cc: Magistrate Referral Clerk, Magistrate Judge Spero, Karen Hom