DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH SALVESON, State Bar #83788
Chief Labor Attorney
AMY SUPER, State Bar #274617
Deputy City Attorneys
Fox Plaza
1390 Market Street, Floor #5
San Francisco, California 94102-5408
Telephone:     (415) 554-3931
Facsimile:     (415) 554-4248
E-Mail:        amy.super@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAMIE BROWN,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, DEPARTMENT OF PUBLIC HEALTH; SAN FRANCISCO GENERAL HOSPITAL, and does 1-25, inclusive,<br><br>Defendants. | Case No. C13-4213 JCS<br><br>*E-filing case*<br><br>**STIPULATION RE DEFENDANT'S ADMINISTRATIVE MOTION TO STRIKE PLAINTIFF'S LATE-FILED "SUPPLEMENTAL DECLARATION OF PLAINTIFF MAMIE BROWN IN SUPPORT OF OPPOSITION TO DEFENDANT'S MSJ," OR, IN THE ALTERNATIVE, TO FILE AN OBJECTION TO EVIDENCE AND PROPOSED ORDER**<br><br>Judge:     Honorable Joseph C. Spero<br>Place:     450 Golden Gate, SF<br><br>Date Action Filed:   September 11, 2013<br>Trial Date:          January 20, 2015 |

STIPULATION – CASE NO. C12-4213 JCS         1         n:\labor\li2013\140504\00969901.docx

IT IS STIPULATED BY THE PARTIES AS FOLLOWS:

1) Per Local Rule 7-11, the parties stipulate that Defendant shall file a Motion to Strike and Objection to Plaintiff's late-filed "Supplemental Declaration of Plaintiff Mamie Brown In Support of Opposition to Defendant's Motion for Summary Judgment or in the Alternative, Partial Summary Judgment," by November 10, 2014.

Dated: November 6, 2014

By: /s/ Amy D. Super
AMY D. SUPER
Attorney for Defendant
CITY AND COUNTY OF SAN FRANCISCO

By: /s/ Curtis G. Older
CURTIS G. OLER
Attorney for Plaintiff
MAMIE BROWN

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 10, 2014

*IT IS SO ORDERED* — Judge Joseph C. Spero — UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

THE HONORABLE JOSEPH C. SPERO