UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAMIE BROWN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH,<br><br>　　　　Defendant. | Case No. 13-cv-04213-JCS<br><br>**ORDER DENYING AS MOOT MOTIONS TO STRIKE**<br><br>Re: Dkt. Nos. 62, 64 |

　　　Defendant filed two versions of its Motion to Strike Plaintiff's Supplemental Declaration. *See* dkts. 62, 64. The Court's Order Granting Summary Judgment (dkt. 67) addressed the substance of Defendant's Motions to Strike and found them to be moot, but only specifically referenced one docket entry. For the reasons stated in that Order, both iterations of Defendant's Motion to Strike are DENIED AS MOOT.

　　　**IT IS SO ORDERED.**

Dated: November 18, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge